UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-21118-CIV-MORENO
(95-00114-CR-MORENO)

ANTONIO ROSELLO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE UNDER 28 U.S.C. § 2255

THE MATTER was referred to the Honorable William Matthewman, United States Magistrate Judge, for a Report and Recommendation on Motion to Vacate Pursuant to 28 U.S.C. § 2255.  The Magistrate Judge filed a Report and Recommendation **(D.E. 21)** on **October 1, 2021**.  The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Matthewman's Report and Recommendation is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that the Motion to Vacate Pursuant to 28 U.S.C. § 2255 is DENIED for the reasons stated in the Report and Recommendation.  It is further

**ADJUDGED** that a certificate of appealability issue as to whether the procedural default rule bars relief in this case as set forth in *Granda v. United States*, 996 F.3d 1100 (11th Cir.

2021).

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd of October 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge William Matthewman

Counsel of Record